**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-2229

WILLIAM C. PRINGLE, SR.; LISA PRINGLE,

            Plaintiffs - Appellants,

        v.

EMC MORTGAGE CORPORATION; WELLS FARGO BANK NA; BOB CAPES
REALTORS; FANNIE MAE; FREDDIE MAC,

            Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:08-cv-04146-JFA)

Submitted:  January 14, 2010          Decided:  January 20, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William C. Pringle, Sr., Lisa Pringle, Appellants Pro Se.
Matthew Douglas Patterson, NELSON, MULLINS, RILEY & SCARBOROUGH,
LLP, Columbia, South Carolina; Catharine Garbee Griffin, BAKER,
RAVENEL & BENDER, LLP, Columbia, South Carolina; Robert Preston
Wood, ROGERS, TOWNSEND & THOMAS, PC, Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William C. Pringle, Sr., and Lisa Pringle appeal the district court's order accepting the recommendation of the magistrate judge and granting Defendants' motions to dismiss, denying Plaintiffs' motion for entry of default judgment, and dismissing as moot Plaintiffs' motion for an injunction and Defendant Bob Cape Realtors' motion to sever. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pringle v. EMC Mortgage Corp., No. 3:08-cv-04146-JFA (D.S.C. Sept. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED